JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ALLAN VENSON,<br><br>    Petitioner,<br><br>    v.<br><br>M. ATCHLEY, Warden,<br><br>    Respondent. | Case No. CV 21-3791 MWF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed for want of a claim cognizable on federal habeas corpus review.

DATED: February 10, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE